UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CLINT ARTHUR, individually and on behalf
of a class of similarly situated persons,

        Plaintiff,

   -against-

LOUIS VUITTON NORTH AMERICA, INC.,
a Delaware corporation, LOUIS VUITTON
MALLETIER, S.A., a French corporation, and
DOES 2 through 10, inclusive,

        Defendants.

Case No. 10-MC-00612-ARR-JO

---

## APPEARANCE OF COUNSEL

TO:    The Clerk of court and all parts of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for non-party Yuko Sakata and non-party Kaikai Kiki Co., Ltd.

Dated: September 21, 2010

        By: /s/ Charles J. Falletta
            Charles J. Falletta
        Sills Cummis & Gross P.C.
        One Rockefeller Plaza
        New York, New York 10020
        (E-mail) cfalletta@sillscummis.com
        (Tel) 212-643-7000
        (Fax) 212-643-6500

        *Attorneys for non-party Yuko Sakata*
        *and non-party Kaikai Kiki Co., Ltd.*

Of Counsel
EISNER, FRANK & KAHAN
9601 Wilshire Blvd., Suite 700
Beverly Hills, CA 90210
(310) 855-3200