

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CLINT ARTHUR,

                              Plaintiff,

                 - against -

LOUIS VUITTON NORTH AMERICA, INC.,
et al.,

                            Defendants.

------------------------------------------------------------X

<u>ORDER OF
DISCONTINUANCE</u>

Civil No. 10 MC 612 (ARR)

It having been reported that all pending motions have been resolved on consent,

IT IS HEREBY ORDERED that the action is discontinued, without prejudice to the right to reopen the action within 30 days if non-parties fail to respond to the subpoena as agreed.

SO ORDERED:

DATED:    Brooklyn, New York
                November 4, 2010

                                               s/ ARR

                                          Allyne R. Ross
                                          United States District Judge

COPIES WERE FORWARDED TO:

Daniel Engel, Esq.
18150 Archwood Street
Reseda, CA 91335

Lawrence Glynn, Esq.
Caruso Glynn, LLC
53-04 193RD Street
Fresh Meadows, NY 11365

Charles Falletta, Esq.
Sills Cummis Epstein
& Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

Jackie Joseph
Eisner Frank & Kahan P.C.
9601 Wilshire Blvd.
Beverly Hills, CA 90210

Magistrate Judge James Orenstein